CHARLES C. BAUER, Respondent, *v.* THE CONSUMERS ICE COMPANY, Appellant.

(Argued June 3, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made October 1, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*Hamilton Odell* for appellant.

*Samson Lachman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EDWARD LEACH, Appellant, *v.* BROOKLYN, BUSHWICK AND QUEENS COUNTY RAILROAD COMPANY, Respondent.

(Argued June 3, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit and affirmed an order denying a motion for a new trial.

*Mirabeau L. Towns* for appellant.

*H. D. Donnelly* for respondent.

Agree to affirm; no opinion.
All concur, except O'BRIEN, J., dissenting, and MAYNARD, J., not voting.
Judgment affirmed.